**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Paula S. Miller |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of FL (State) |
| Case number | 18-15464-EPK |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee

**Court claim no.** (if known): 45-1

**Last 4 digits** of any number you use to identify the debtor's account: 1432 ____ ____

**Property address:** 3104 NE Canal Avenue
Number     Street

Jensen Beach     FL     34957
City             State   ZIP Code

---

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

---

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 3 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:     (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c.  **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / ___
MM / DD / YYYY

---

Debtor 1   Paula S. Miller
_____
First Name        Middle Name        Last Name

Case number (if known)   18-15464-EPK
_____

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /S/ Matthew Klein
_____
Signature

Date   2 / 10 / 2021

Print   Matthew                    Klein
_____
First Name        Middle Name        Last Name

Title   Attorney for Secured Creditor

Company   Howard Law Group
_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   4755 Technology Way, Suite 104
_____
Number            Street

Boca Raton                    FL        33431
_____
City                            State        ZIP Code

Contact phone   ( 954 ) 893 – 7874

Email   matthew@howardlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 10, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Sean M. Murray, Esq., 1147 S. Ocean Drive, Fort Pierce, FL 34949

Robin R. Weiner, Trustee, PO Box 559007, Fort Lauderdale, FL 33355

United States Trustee – 51 SW 1st Avenue, Suite 1204, Miami, FL 33130

/s/ Matthew Klein